THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JOHN DOE,**

    **Plaintiff,**

**v.**

                                                Civil Action No. 3:22-CV-00346

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS; and,**
**DEBRA HART, in her individual and official capacity,**

    **Defendants.**

## JOINT STIPULATION EXTENDING DEADLINE FOR RESPONSIVE PLEADING

        The Parties, Plaintiff, John Doe, and Defendants, Marshall University Board of Governors ("Marshall") and Debra Hart, by and through counsel, Perry W. Oxley, Eric D. Salyers, and the law firm of Oxley Rich Sammons, PLLC, pursuant to Local Rule of Civil Procedure 12.1, hereby stipulate and agree that the deadline for Defendants to file a responsive pleading to the Plaintiff's Complaint is extended to September 22, 2022.

1

**Prepared by:**

/s/ Eric D. Salyers
Perry W. Oxley (WVSB #7211)
Eric D. Salyers (WVSB #13042)
Oxley Rich Sammons, PLLC
517 9th Street, Suite 1000
Huntington WV 25701
304-522-1138
304-522-9528 (fax)
poxley@oxleylawwv.com
esalyers@oxleylawwv.com
*Counsel for Defendants*

**Agreed to by:**

/s/ J. Zak Ritchie
Ryan McCune Donovan (WVSB #11660)
J. Zak Ritchie (WVSB #11705)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
rdonovan@hfdrlaw.com
zritchie@hfdrlaw.com

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**JOHN DOE,**

    **Plaintiff,**

**v.**

                                                               **Civil Action No. 3:22-CV-00346**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS; and,**
**DEBRA HART, in her individual and official capacity,**

    **Defendants.**

### CERTIFICATE OF SERVICE

The undersigned counsel for Defendants, Marshall University Board of Governors and Debra Hart, served the foregoing "***Joint Stipulation Extending Deadline For Responsive Pleading***" by electronically filing the same with the Clerk of the Court using the CM/ECF system on this **12th** day of **September 2022**.

                      Ryan McCune Donovan (WVSB #11660)
                      J. Zak Ritchie (WVSB #11705)
                      HISSAM FORMAN DONOVAN RITCHIE PLLC
                      P.O. Box 3983
                      Charleston, WV 25339
                      681-265-3802 *office*
                      304-982-8056 *fax*
                      rdonovan@hfdrlaw.com
                      zritchie@hfdrlaw.com
                      *Counsel for Plaintiff*

                      /s/ Eric D. Salyers
                      Perry W. Oxley (WVSB #7211)
                      Eric D. Salyers (WVSB #13042)