# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 11/2/2022 | Case Number: | 3:22-cv-00346 |
| Case Style: | Doe vs. Marshall University Board of Governors | | |
| Type of hearing: | Motion Hearing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Kathy Swinhart | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Ryan Donovan, Casey Waldeck

Attorney(s) for the Defendant(s):

Eric Salyers, Perry Oxley

| | |
|---|---|
| Law Clerk: | Sandy Slack |
| Probation Officer: | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:30 PM | 3:03 PM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 33 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence: 1:30 p.m.
Hearing commenced: 1:30 p.m.

The Court sequestered the witness.
Exhibits docketed as part of the pleadings will be considered by the Court.

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 19.

Argument.

Motion for preliminary injunction taken under advisement.
The Court will enter a temporary restraining order.

Hearing concluded: 3:03 p.m.