#2000419



**HISSAM
FORMAN
DONOVAN
RITCHIE** PLLC

Casey E. Waldeck
cwaldeck@hfdrlaw.com
P.O. Box 3983
Charleston, WV 25339
681-265-3802

November 3, 2022

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Charleston, WV 25301

FILED
NOV - 3 2022
TORY PERRY, CLERK
U.S. District Court
Southern District of West Virginia

Re: *Doe v. Marshall University Board of Governors*, 3:22-cv-00346

Dear Clerk:

Enclosed please find Plaintiff John Doe's $100 bond, as required by Judge Chambers' Temporary Restraining Order.

Please let me know if you have any questions.

Sincerely,

*Casey Waldeck*

Casey E. Waldeck