IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JOHN DOE,**

      **Plaintiff,**　　　　　　　　　　　　　　　Civ. Action No. 3:22-cv-00346

v.

**MARSHALL UNIVERSITY
BOARD OF GOVERNORS; and,
DEBRA HART, in her individual and official capacity,**

      **Defendants.**

## PLAINTIFF'S MOTION TO WITHDRAW
## HIS MOTION FOR PRELIMINARY INJUNCTION

Plaintiff John Doe hereby moves the Court for permission to withdraw his Motion for Preliminary Injunction, ECF No. 19, without prejudice. Plaintiff retains the right to refile his motion based on changed circumstances.

Respectfully submitted,

**PLAINTIFF JOHN DOE**

**By Counsel**:

/s/ Casey E. Waldeck
Ryan McCune Donovan (WVSB #11660)
J. Zak Ritchie (WVSB #11705)
Casey E. Waldeck (WVSB #14001)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
rdonovan@hfdrlaw.com
zritchie@hfdrlaw.com