IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

**HUNTINGTON DIVISION**

JOHN DOE,

           Plaintiff,

v.                                       CIVIL ACTION NO.   3:22-0346

MARSHALL UNIVERSITY
BOARD OF GOVERNORS; and
DEBRA HART, in her individual
and official capacity,

           Defendants.

**ORDER**

On November 2, 2022, this Court held a hearing on Plaintiff John Doe's Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 19. At the conclusion of that hearing, the Court orally granted a temporary restraining order while the Court took under advisement the issue of a preliminary injunction. The parties now have informed the Court they have reached an agreement and it is unnecessary to rule on the preliminary injunction. Accordingly, the Court **DENIES AS MOOT AND WITHOUT PREJUDICE** Plaintiff's Motion for a Preliminary Injunction and **DENIES AS MOOT** Plaintiff's Motion to Withdraw his Motion for Preliminary Injunction. ECF Nos. 19 & 35. The Court also **DIRECTS** the Clerk of this Court to release the $100 bond Plaintiff posted in this matter.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:     November 4, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE