# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**JOHN DOE,**

       **Plaintiff,**　　　　　　　　　　　　　　　　　Civ. Action No. 3:22-cv-00346

**v.**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS; and,**
**DEBRA HART, in her individual and official capacity,**

       **Defendants.**

## STIPULATION RESPECTING ELECTRONIC SERVICE

The parties agree and stipulate as follows:

1.　　Any document or paper required to be served in this litigation on any party to this stipulation shall be served by electronic means, either by e-mail or through the Court's ECF system;

2.　　Electronic service as provided for herein shall be deemed the equivalent of personal service, except that the deadline for responding to a paper served electronically on a weekend or a legal holiday is extended as if the paper was served on the next day that is not a weekend or legal holiday.

3.　　All parties to this stipulation represent that they are authorized to enter into this stipulation on behalf of their respective clients, and further, that all attorneys for all parties to this stipulation shall be bound by this stipulation, whether or not they have appeared in this litigation at the time of this stipulation.

**IT IS SO STIPULATED**


**JOHN DOE**

/s/ J. Zak Ritchie
Ryan McCune Donovan (WVSB #11660)
J. Zak Ritchie (WVSB #11705)
Casey E. Waldeck (WVSB #14001)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
rdonovan@hfdrlaw.com
zritchie@hfdrlaw.com
cwaldeck@hfdrlaw.com
*Counsel for Plaintiff*


**MARSHALL UNIVERSITY BOARD OF GOVERNORS AND DEBRA HART**

/s/ Eric D. Salyers
Perry W. Oxley (WVSB #7211)
Eric D. Salyers (WVSB #13042)
Oxley Rich Sammons, PLLC
517 9th Street, Suite 1000
Huntington WV 25701
304-522-1138
304-522-9528 (fax)
poxley@oxleylawwv.com
esalyers@oxleylawwv.com
*Counsel for Defendants*