# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:22-cv-00346  **Type:** Civil
**Caption:** Doe v. Marshall University Board of Governors et al  **Judge:** Cheryl A. Eifert

**Started:** 3/29/2023 1:55:11 PM
**Ends:** 3/29/2023 3:33:14 PM  **Length:** 01:38:04

Judge:   Cheryl A. Eifert
Law Clerk: Jenna Hess
Courtroom Deputy: Carol Adams
Plaintiff Attorney: Casey Waldeck
Plaintiff Attorney: Ryan McCune Donovan
Defense Attorney:   Eric Salyers
Defense Attorney:   Christopher K. Weed

**MOTION HEARING regarding [49] Motion to Compel**

| Time | Event |
|---|---|
| 2:00:23 PM | Called case, noted appearances of counsel |
| 2:04:03 PM | Parties discuss the status of the motion to compel |
| 2:22:21 PM | Plaintiff's counsel submits a chart with categories of deficiencies in documents |
| 2:48:16 PM | Judge:   Cheryl A. Eifert |
| 2:49:26 PM | Gives a timeline on when categories of documents must be produced/clarified |
| 3:23:06 PM | Judge:   Cheryl A. Eifert |
| 3:23:08 PM | Will produce an order with deadlines |
| 3:23:29 PM | Parties will produce requested information |
| 3:24:05 PM | Judge:   Cheryl A. Eifert |
| 3:24:34 PM | Will then rule on remaining issues |
| 3:33:01 PM | Judge:   Cheryl A. Eifert |
| 3:33:06 PM | Hearing Adjourned |