IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN DOE,

        Plaintiff,

v.                                                  CIVIL ACTION NO. 3:22-0346

MARSHALL UNIVERSITY
BOARD OF GOVERNORS; and
DEBRA HART, in her individual
and official capacity,

        Defendants.

**ORDER**

For reasons appearing before the Court, the Court **GRANTS** Defendants' unopposed Motion to File under Seal. ECF No. 75. Accordingly, the Court **SEALS** Defendants' Sur-Reply in Support of Motions to Dismiss and Response in Opposition to Motion for Leave to Amend and Exhibit A. ECF No. 75.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

    ENTER:    May 4, 2023

    _____
    ROBERT C. CHAMBERS
    UNITED STATES DISTRICT JUDGE