IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JOHN DOE,**

    **Plaintiff,**

v.                                 Case No.: 3:22-cv-00346

**MARSHALL UNIVERSITY
BOARD OF GOVERNORS, et al.,**

    **Defendants.**

## ORDER

It is hereby **ORDERED** that a hearing shall take place before the undersigned United States Magistrate Judge on **Friday, May 12, 2023** at **10:00 a.m.,** Courtroom 102, Sidney L. Christie Federal Building and Courthouse, 845 Fifth Avenue, Huntington, West Virginia. The parties should be prepared to discuss any unresolved discovery issues concerning Plaintiff's Motion to Compel, (ECF No. 49), and Plaintiff's Motion to Continue the Fee Affidavit Deadline Set by Magistrate Judge Eifert, (ECF No. 72).

The Clerk is instructed to provide a copy of this Order to all counsel of record.

**ENTERED:** May 8, 2023

Cheryl A. Eifert
United States Magistrate Judge