# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:22-cv-00346  **Type:** Civil
**Caption:** Doe v. Marshall University Board of Governors et al  **Judge:** Cheryl A. Eifert

**Started:** 5/12/2023 9:54:11 AM
**Ends:** 5/12/2023 10:53:06 AM    **Length:** 00:58:56

Judge:   Cheryl A. Eifert
Law Clerk: Jenna Hess
Courtroom Deputy: Carol Adams
Plaintiff Attorney: Casey E. Waldeck
Plaintiff Attorney: Ryan McCune Donovan
Defense Attorney: James Jarrod Jordan
Defense Attorney: Christopher K. Weed

**MOTION HEARING ON [49] MOTION TO COMPEL AND [72] MOTION TO CONTINUE FEE AFFIDAVIT DEADLINE**

| Time | Event |
|---|---|
| 10:00:30 AM | Called case, noted appearances of counsel, and defendant present in courtroom |
| 10:02:54 AM | Parties discuss matters still at issue |
| 10:04:33 AM | Judge:   Cheryl A. Eifert |
| 10:08:23 AM | Sets deadlines for production of documents |
| 10:11:12 AM | Judge:   Cheryl A. Eifert |
| 10:11:16 AM | Denies motion to continue fee affidavit deadline |
| 10:17:01 AM | Parties discuss status of case |
| 10:39:20 AM | Judge:   Cheryl A. Eifert |
| 10:40:09 AM | Parties will meet with Jenna Hess on 5/23/2023 at 1:00 p.m. |
| 10:52:51 AM | Judge:   Cheryl A. Eifert |
| 10:52:55 AM | Hearing Adjourned |