IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JOHN DOE,

       Plaintiff,                           Civ. Action No. 3:22-cv-00346

v.

MARSHALL UNIVERSITY
BOARD OF GOVERNORS; and,
DEBRA HART, in her individual and official
capacity,

       Defendants.

### CONSENT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 16.1(f), the Parties move to modify the current scheduling order.

The current expert disclosure deadline for Plaintiff is May 18, 2023. However, Plaintiff's position is that due to the nature of the Plaintiff's claims, the reports of the Parties' experts will rely in part on the deposition testimony of the Plaintiff, which has not been taken to date.

Accordingly, the Parties propose[1] that all remaining deadlines be continued by a period of approximately 90 days and that the schedule be modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery requests | June 2, 2023 | August 31, 2023 |
| Discovery completion date | July 17, 2023 | October 16, 2023 |
| Expert disclosure by party bearing burden of proof | May 18, 2023 | August 16, 2023 |

---

[1] Defendants' Motions to Dismiss [Docs. No. 9 and 11] and Plaintiff's Motion for Leave to File Amended and Supplemental Complaint [Doc. No. 69] are pending before the Court. The parties are in agreement that the instant Motion shall not act as a waiver of any arguments or positions of the parties concerning the aforementioned Motions.

| Expert disclosure by party not bearing burden of proof | June 19, 2023 | September 18, 2023 |
|---|---|---|
| Rebuttal expert disclosures | July 7, 2023 | October 5, 2023 |
| Dispositive motions | August 7, 2023 | November 6, 2023 |
| Settlement meeting and Rule 26(a)(3) disclosures | August 18, 2023 | November 16, 2023 |
| Plaintiff submits pretrial order to Defendants | October 16, 2023 | January 16, 2024 |
| Defendants file proposed integrated pretrial order with Court | October 23, 2023 | January 22, 2024 |
| Pretrial conference | October 30, 2023 | January 29, 2024 |
| Proposed jury charge | November 7, 2023 | February 5, 2024 |
| Final settlement conference | November 13, 2023 | February 26, 2024 |
| Trial | November 14, 2023 | February 27, 2024 |

At this time the Parties are not requesting modification of any of the other provisions in the Court's Scheduling Order dated November 8, 2022.

Respectfully submitted,

**PLAINTIFF JOHN DOE**
By Counsel:

/s/ Casey E. Waldeck
Ryan McCune Donovan (WVSB #11660)
J. Zak Ritchie (WVSB #11705)
Casey E. Waldeck (WVSB #14001)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
rdonovan@hfdrlaw.com
zritchie@hfdrlaw.com

**DEFENDANTS MARSHALL UNIVERSITY BOARD OF GOVERNORS AND DEBRA HART**
By Counsel:

**/s/** J. Jarrod Jordan
Perry W. Oxley (WVSB #7211)
J. Jarrod Jordan (WVSB #10622)
Christopher K. Weed (WVSB #13868)
OXLEY RICH SAMMONS, PLLC
517 9th Street, Suite 1000
Huntington, WV 25701
304-522-1138
poxley@oxleylawwv.com
jjordan@oxleylawwv.com
cweed@oxleylawwv.com