IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JOHN DOE,**

      **Plaintiff,**                                           Civ. Action No. 3:22-cv-00346

v.

**MARSHALL UNIVERSITY
BOARD OF GOVERNORS; and,
DEBRA HART, in her individual and official
capacity,**

      **Defendants.**

### NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Civil Procedure 83.4, Casey E. Waldeck (WVSB # 14001) hereby provides notice that she is withdrawing as counsel of record for and on behalf of Plaintiff John Doe. Plaintiff will continue to be represented by counsel of record, Ryan McCune Donovan and J. Zak Ritchie of the law firm of Hissam Forman Donovan Ritchie, PLLC.

                                             **Respectfully submitted,**

                                             /s/ Casey E. Waldeck
                                             Casey E. Waldeck (WVSB # 14001)
                                             HISSAM FORMAN DONOVAN RITCHIE PLLC
                                             P.O. Box 3983
                                             Charleston, WV 25339
                                             681-265-3802 *office*
                                             304-982-8056 *fax*
                                             cwaldeck@hfdrlaw.com