IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JOHN DOE,**

       Plaintiff,

v.

**MARSHALL UNIVERSITY
BOARD OF GOVERNORS; and,
DEBRA HART, in her individual and official
capacity,**

       Defendants.

Civ. Action No. 3:22-cv-00346

## JOINT MOTION TO STAY

For the reasons identified herein—and set forth in the Memorandum filed contemporaneously herewith—the parties jointly move this Court for a stay in proceedings pending Plaintiff's completion of in-patient treatment.

Dated:  November 22, 2023

**Respectfully submitted,**

*/s/ Kayla S. Reynolds*
Ryan M. Donovan (WVSB #11660)
Kayla S. Reynolds (WVSB #13268)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
rdonovan@hfdrlaw.com
kreynolds@hfdrlaw.com


*/s/       Christopher K. Weed*
Perry W. Oxley (WVSB #7211)
J. Jarrod Jordan (WVSB #10622)
Christopher K. Weed (WVSB #13868)
OXLEY RICH SAMMONS, PLLC
517 9th Street, Suite 1000
Huntington, WV 25701

(304) 522-1138
poxley@oxleylawwv.com
jjordan@oxleylawwv.com
cweed@oxleylawwv.com