**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**JOHN DOE,**

        **Plaintiff,**                        **Civ. Action No. 3:22-cv-00346**

**v.**

**MARSHALL UNIVERSITY
BOARD OF GOVERNORS; and,
DEBRA HART, in her individual and official
capacity,**

        **Defendants.**

### NOTICE

In accordance with the Court's November 27, 2023, Order, Plaintiff provides Notice that he has completed in-patient treatment. ECF No. 103.

Dated:  March 5, 2024                    **Respectfully submitted,**

                                      */s/ Kayla S. Reynolds*
                                        Ryan M. Donovan (WVSB #11660)
                                        Kayla S. Reynolds (WVSB #13268)
                                        HISSAM FORMAN DONOVAN RITCHIE PLLC
                                        P.O. Box 3983
                                        Charleston, WV 25339
                                        681-265-3802 *office*
                                        304-982-8056 *fax*
                                        rdonovan@hfdrlaw.com
                                        kreynolds@hfdrlaw.com