# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**JOHN DOE,**

      **Plaintiff,**

v.

                                 Civ. Action No. 3:22-cv-00346

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS; and,**
**DEBRA HART, in her individual and official**
**capacity,**

      **Defendants.**

## AGREED ORDER OF DISMISSAL

THIS DAY CAME the Plaintiff, John Doe, by counsel, Ryan M. Donovan and Hissam Forman Donovan Ritchie PLLC and the Defendants Marshall University Board of Governors and Debra Hart, by and through their counsel, Perry W. Oxley of Oxley Rich Sammons, PLLC, and represented to the Court that all claims and matters in controversy between and amongst the parties have been compromised, agreed upon, and settled. As a result, the parties jointly moved the Court to dismiss this action **with prejudice**.

Having received no objection and the parties agree, it is **ORDERED** that this action be **dismissed with prejudice** with each party to bear their own respective attorney's fees and costs of action.

The Court directs the Clerk transmit copies of this Order to counsel of record in this proceeding.

ENTERED: 1/10/25

                                          ROBERT C. CHAMBERS
                                          UNITED STATES DISTRICT JUDGE

**Prepared by:**

*/s/ Perry W. Oxley*
Perry W. Oxley (WVSB #7211)
J. Jarrod Jordan (WVSB #10622)
Christopher K. Weed (WVSB #13868)
OXLEY RICH SAMMONS, PLLC
517 9th Street, Suite 1000
Huntington, WV 25701
(304) 522-1138
poxley@oxleylawwv.com
jjordan@oxleylawwv.com
cweed@oxleylawwv.com
**Counsel for Defendants**


**Agreed to by:**

*/s/ Ryan M. Donovan*
**(electronically signed with permission)**
Ryan M. Donovan (WVSB #11660)
Kayla S. Reynolds (WVSB #13268)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
rdonovan@hfdrlaw.com
kreynolds@hfdrlaw.com
**Counsel for Plaintiff**